UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE

ROBERT ECHOS, )
)
    Petitioner, )
)
v. ) No.: 3:21-CV-182-TAV-HBG
)
BERT BOYD, )
)
    Respondent. )

## JUDGMENT ORDER

In accordance with the accompanying memorandum opinion, the Clerk is **DIRECTED** to **TRANSFER** this action to the Western Division of the United States District Court for the Western District of Tennessee and to **CLOSE** this Court's file.

**ENTER:**

s/ Thomas A. Varlan
UNITED STATES DISTRICT JUDGE

ENTERED AS A JUDGMENT

   LeAnna R. Wilson
    CLERK OF COURT